NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5187

TERRY J. EASTER and MICHAEL EGGLESTON,

Plaintiffs,

and

STEVEN A. HUDSON, MICHAEL S. MORGAN,
VANESSA R. SPENCER, and JOHN A. WINSLOW,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-1435,
Judge Emily C. Hewitt.

Before DYK, Circuit Judge.

## O R D E R

Steven A. Hudson et al. (Hudson) moves for a 23-day extension of time, until February 23, 2009, to file their initial brief. Hudson states that the United States consents to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK

cc:     Jules Bernstein, Esq.
        Shalom Brilliant, Esq.

s19

2008-5187                                    2